

ORIGINAL

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0549

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0549

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALEXANDER MADDEN,

Defendant and Appellant.

FILED

MAY 03 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for Appellant Alexander Madden filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Madden time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised in a direct appeal of Madden's conviction in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Madden personally.

DATED this ___ day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2